FILED
2014 May-06  PM 03:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LEANDER CALHOUN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 1:13-cv-2200-MHH-TMP |
| | ) | |
| PHYLLIS BILLUPS, Warden; and the | ) | |
| ATTORNEY GENERAL of the | ) | |
| STATE OF ALABAMA, | ) | |
| | ) | |
| Respondents. | ) | |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered contemporaneously herewith, accepting and adopting the magistrate judge's Report and Recommendation, and with Rule 58 of the Federal Rules of Civil Procedure, it hereby is ORDERED, ADJUDGED, and DECREED that petitioner's claims in this action brought pursuant to 28 U.S.C. § 2254 are DENIED and DISMISSED WITHOUT PREJUDICE.

Signed this the 6th day of May, 2014

_Madeline H. Haikala_
MADELINE HUGHES HAIKALA
U.S. DISTRICT JUDGE